UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 09 C 6838 |
| v. | ) | |
| | ) | Judge Shadur |
| DRFIRST.COM, INC., | ) | |
| and JOHN DOES 1-10, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Dr. William P. Gress, and Defendant, DrFirst.com, Inc., being all the parties who have appeared in this action, hereby stipulate and agree that the plaintiff dismiss this action. The parties further stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant, DrFirst.com, Inc., with prejudice and without costs, except as those agreed upon by the parties. The parties also stipulate and agree that Plaintiff's class claims are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Donald L.F. Metzger (w/permission) |
| Daniel A. Edelman | Donald L.F. Metzger |
| Heather Kolbus | 39 S. LaSalle Street |
| EDELMAN, COMBS, LATTURNER | Suite 200 |
|     & GOODWIN, LLC | Chicago, IL 60603 |
| 120 S. LaSalle Street, 18th Floor | (312) 782-7728 |
| Chicago, IL 60603 | |
| (312) 739-4200 | |

## **CERTIFICATE OF SERVICE**

        I, Heather Kolbus, certify that on November 18, 2009, I caused a true and accurate copy of the foregoing document to be served upon the party listed below via the Court's CM/ECF system:

Donald L.F. Metzger
dlf.metzger@gmail.com

                                            s/ Heather Kolbus
                                            Heather Kolbus